IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 20-CR-30074-SMY |
| | ) |
| TROY A. SCHRAGE, | ) *FILED UNDER SEAL* |
| | ) *FILED EX PARTE* |
| Defendant. | ) |

### *EX PARTE* MOTION FOR REVOCATION OF BOND AND ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and John D. A. Trippi, Assistant United States Attorney for said district, and for this motion states as follows:

1. On June 24, 2020, a federal grand jury indicted Troy A. Schrage (hereinafter "Defendant") for Felon in Possession of Ammunition. Doc. 1.

2. The United States filed a motion for detention on August 24, 2020. Doc. 13.

3. After his arrest on April 1, 2020, the Defendant was transferred to the custody of the Illinois Department of Corrections for a parole revocation. Doc. 17. Defendant's had his initial appearance for this charge on October 26, 2020, before the Honorable Judge Mark A. Beatty. Doc. 19. While the Defendant served the remainder of his IDOC parole revocation, he waived his right to a detention hearing. *Id.*

4. On April 30, 2021, Defendant filed a motion for a bond hearing. Doc. 42. The hearing was held on May 10, 2021, before the Honorable Mark A. Beatty, and the Court granted the Defendant's motion, releasing him on a $5,000 appearance bond. Doc. 44

5. A separate order was issued setting conditions of release. The order included the following conditions:

☒ (a) report to and be supervised by U.S. Probation/Pretrial Services Office as directed
☒ (l) refrain from any use of alcohol
☒ (s) report as soon as possible to the U.S. Probation/Pretrial Services Office every contact with law enforcement personnel, including arrest, questioning, or traffic stops

Doc. 45, at p. 2–3.

6. On June 3, 2021, the U.S. Probation Office submitted a bond violation report against the Defendant. This report alleged that on the day prior, June 2, 2021, the Defendant provided a suspicious urine sample for drug testing which indicated possible tampering. When confronted about this suspicious sample, the Defendant denied using any controlled substance or trying to obstruct the accuracy of the drug test. The drug test returned a positive result for cocaine, and then the Defendant admitted using cocaine on May 31, 2021. The U.S. Probation Office did not recommend judicial intervention at that time.

7. After a jury trial, the Defendant was found guilty on June 8, 2021. Doc. 79. Sentencing was set for September 14, 2021. Doc. 73.

8. At the close of the trial, the United States made an oral motion for detention because the Defendant no longer enjoyed the presumption of innocence.

The Court denied the motion, but also admonished the Defendant to cooperate with the U.S. Probation Office, and strongly encouraged the Defendant to use his time prior to sentencing to engage in substance abuse treatment.

9. The U.S. Probation Office submitted a second bond violation report on July 8, 2021. The Defendant has not cooperated with the Probation Office, has used alcohol, failed to timely report contact with law enforcement officers, has not participated in a mental health/substance abuse assessment, and failed to report to as directed. Probation recommended that the Defendant's bond be revoked, and also noted a new warrant from Clinton County, Illinois, for failure to pay or appear.

10. This motion is submitted *ex parte* and under seal because Defendant is not in custody.

**WHEREFORE,** the Government respectfully requests that this motion to revoke bond be granted and that a warrant for Defendant's arrest be issued.

**Respectfully submitted,**

**THE UNITED STATES OF AMERICA**

**STEVEN D. WEINHOEFT**
**United States Attorney**

s/ *John D. A. Trippi*

**John D. A. Trippi**
**Assistant United States Attorney**
**9 Executive Drive**
**Fairview Height, IL 62208**
**John.Trippi@usdoj.gov**