IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-30074-SMY |
| | ) |
| TROY A. SCHRAGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Following a jury trial, Defendant Troy A. Schrage was found guilty of being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1) (Doc. 79). On September 14, 2021, this Court sentenced Schrage to 30 months imprisonment and three years of supervised release. A written Judgment was docketed on September 15, 2021 (Doc. 107). The Judgment cites the correct title and section for the statute of Schrage's conviction. However, the "Nature of Offense" incorrectly states "felon in possession of a firearm," rather than "felon in possession of ammunition." *See* Doc. 107, at p. 1. Now pending before the Court is Schrage's unopposed Motion to Alter Judgment to Correct Clerical Error (Doc. 124).

Federal Rule of Criminal Procedure 36 provides: "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Rule 36 authorizes a district court to correct a clerical error resulting when a written judgment fails "to capture accurately the unambiguous oral pronouncement" at sentencing. *United States v. Medina-Mora*, 796 F.3d 698, 700 (7th Cir. 2015). Here, the "Nature of the Offense" clearly contains a clerical error.

Accordingly, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to amend the judgment to correct the clerical error in the "Nature of Offense" section to reflect Schrage's accurate criminal conviction for being a felon in possession of ammunition.

**IT IS SO ORDERED.**

DATED: September 25, 2024

**STACI M. YANDLE**
**United States District Judge**